Judge John Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05−168JCC |
| Plaintiff, ) | |
| v. ) | FINAL ORDER OF FORFEITURE |
| ALBERT NIEBOER, ) | |
| Defendant. ) | |

On November 18, 2005, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting the following:

1. $194,620.00 in U.S. Currency, seized at the time of his arrest;

2. One (1) Pacific Leasing Limited semi-truck, bearing British Columbia license P24463, seized at the time of his arrest.

These properties were subject to forfeiture pursuant to Title 31, United States Code, Sections 5317(c) and 5332(b)(2) for violation of Title 31, United States Code, Sections 5332(a)(1) and (b), Bulk Cash Smuggling, as the property was used, or intended to be used to commit or facilitate the commission of the charged offense.

Pursuant to Title 21, United States Code, Section 853, the United States published notice in the Daily Journal of Commerce on December 12, December 19, and December 27, 2005 of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with law.  This notice further stated that any person other than the defendants having or claiming an interest in the property was required to

FINAL ORDER OF FORFEITURE - 1
(CR05-168JCC)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

file a petition with the Court within thirty (30) days of the final publication of the notice or personal receipt of the notice, whichever was earlier, setting forth the nature of the petitioner's right, title, and interest in the property.

No petitioners or claimants have come forth to assert an interest in the forfeited properties. Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby forfeited to the United States:

1. $194,620.00 in U.S. Currency, seized at the time of his arrest;

2. One (1) Pacific Leasing Limited semi-truck, bearing British Columbia license P24463, seized at the time of his arrest.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law.

The Clerk of the Court is hereby directed to send six (6) "raised sealed" certified copies of this Final Order of Forfeiture to the United States Attorney's Office in Seattle, Washington/

DATED this 6th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206)553-2242; fax (206)553-6934
Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 2
(CR05-168JCC)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970